**Order entered June 14, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00634-CR

### PAUL CLARENCE BAILEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81879-09**

## ORDER

Appellant's June 13, 2013 motion to strike the state's response, overturn conviction, or in the alternative, issue a bench warrant to prepare for oral argument is **DENIED**.

However, we **GRANT** appellant's request to file a reply brief and **ORDER** the reply brief filed by June 20, 2013.

/s/ MICHAEL J. O'NEILL
PRESIDING JUSTICE